| Attorney or Party without Attorney: <br> Devin (Velvel) Freedman, Esq. <br> Freedman Normand Friedland LLP <br> One SE 3rd Avenue, Ste 1240 <br> Miami, FL 33131 <br> Telephone No: 305-753-3675 <br><br> Attorney for: Plaintiff(s) | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Southern District Of New York | | | | |
| Plaintiff(s): Joshua Silver, et al | | | | |
| Defendant: Nissan-Infiniti Lt, LLC, et al | | | | |
| **AFFIDAVIT OF SERVICE** <br> **Summons and Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 23CV01019AT |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Initial Pretrial Scheduling Order; Individual Practices in Civil Cases for Judge Analisa Torres

3. a. Party served:           Nissan-Infiniti LT LLC
   b. Person served:          Tara Aiken, Service of Process Intake Clerk

4. Address where the party was served:    Wilmington Trust Company
                                          Rodney Square North
                                          1100 N. Market Street
                                          Wilmington, DE 19890

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Feb. 21, 2023 (2) at: 1:01PM

7. **Person Who Served Papers:**
   a. Sean Snow
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of DELAWARE that the foregoing is true and correct.

2-23-23          /s/ Sean Snow
(Date)           (Signature)

8. STATE OF DELAWARE, COUNTY OF New Castle

Subscribed and sworn to (or affirmed) before me on this 23rd day of February 2023 by Sean Snow proved to me on the basis of satisfactory evidence to be the person who appeared before me.

                    AFFIDAVIT OF SERVICE              (Notary Signature)
                    Summons and Complaint                                    defre.244518

[Notary Seal: GEORGE C BARTOLI, MY COMMISSION EXPIRES APRIL 5, 2024, NOTARY PUBLIC, STATE OF DELAWARE]