| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Devin (Velvel) Freedman, Esq.<br>Freedman Normand Friedland LLP<br>One SE 3rd Avenue, Ste 1240<br>Miami, FL 33131<br>Telephone No: 305-753-3675 | | |
| Attorney for: Plaintiff(s) | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Southern District Of New York | | |
| Plaintiff(s): Joshua Silver, et al | | |
| Defendant: Nissan-Infiniti Lt, LLC, et al | | |

| AFFIDAVIT OF SERVICE<br>Summons and Complaint | Hearing Date: | Time: | Dept/Div: | Case Number:<br>23CV01019AT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Initial Pretrial Scheduling Order; Individual Practices in Civil Cases for Judge Analisa Torres

3. a. Party served: Nissan Motor Acceptance Company LLC
   b. Person served: Lynanne Gares, Service of Process Intake Clerk, Caucasian, Female, 45-50, Brown Hair, 5'6", 160-190 lbs.

4. Address where the party was served: LexisNexis Document Solutions Inc.
   251 Little Falls Drive
   Wilmington, DE 19808

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Feb. 20, 2023 (2) at: 11:48AM

7. **Person Who Served Papers:**
   a. Sean Snow
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of DELAWARE that the foregoing is true and correct.

2-23-23 /s/ Sean Snow
(Date) (Signature)

8. STATE OF DELAWARE, COUNTY OF New Castle

Subscribed and sworn to (or affirmed) before me on this 23rd day of February, 2023 by Sean Snow proved to me on the basis of satisfactory evidence to be the person who appeared before me.

(Notary Signature)

[Notary Seal: GEORGE C BARTOLI, MY COMMISSION EXPIRES APRIL 5, 2024, NOTARY PUBLIC, STATE OF DELAWARE]

AFFIDAVIT OF SERVICE
Summons and Complaint

defre.244517