UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/14/2023_
```

JOSHUA SILVER, on behalf of himself and all similarly situated individuals,

                Plaintiff,

-against-

NISSAN-INFINITI LT, LLC; and NISSAN MOTOR ACCEPTANCE COMPANY, LLC,

                Defendants.

23 Civ. 1019 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 13, 2023, Defendants filed a motion to compel arbitration. ECF No. 12. By **April 4, 2023**, Plaintiff shall file his opposition to Defendants' motion. By **April 18, 2023**, Defendants shall file their reply, if any.

    SO ORDERED.

Dated: March 14, 2023
       New York, New York

                                              ANALISA TORRES
                                           United States District Judge