

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/29/2023__

March 28, 2023

**Via ECF and E-mail**
The Honorable Analisa Torres
U.S. District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Joshua Silver v. Nissan-Infiniti LT LLC, et al.*, 23-CV-01019 (AT)

Dear Judge Torres:

    Pursuant to your Honor's Individual Practices, Rule I.C., we write on behalf of Plaintiff Silver to request a fourteen (14) day extension of his April 4, 2023 deadline to file an opposition to Defendants' Motion to Compel Arbitration, ECF No. 12, due to previously scheduled personal commitments, including preparation for religious observance of the upcoming Passover holiday, as well as conflicting professional deadlines in matters before this Court due within the same time period.

    Defendants consent to this request. This is the first request for an extension of deadlines filed by Plaintiff. This request will affect Defendants' deadline to file their reply to Plaintiff's opposition, which is currently scheduled to be filed on April 18, 2023.

    Accordingly, the parties have agreed to the following proposed revised schedule:

1. Plaintiff's opposition to Defendants' Motion to Compel Arbitration shall be filed by no later than April 18, 2023.

2. Defendants' reply to Plaintiff's opposition shall be filed by no later than May 2, 2023.

We appreciate the Court's attention to this matter.

GRANTED.

SO ORDERED.

Dated: March 29, 2023
      New York, New York

_____
ANALISA TORRES
United States District Judge