UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA SILVER, on behalf of himself and all similarly situated individuals,

          Plaintiff,

-against-

NISSAN-INFINITI LT, LLC; and NISSAN MOTOR ACCEPTANCE COMPANY, LLC,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/30/2023__

23 Civ. 1019 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference scheduled for September 5, 2023, is ADJOURNED *sine die*.

SO ORDERED.

Dated: August 30, 2023
      New York, New York

ANALISA TORRES
United States District Judge