```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA SILVER, on behalf of himself and all similarly situated individuals,

                Plaintiff,

-against-

NISSAN-INFINITI LT, LLC; and NISSAN MOTOR ACCEPTANCE COMPANY, LLC,

                Defendants.

23 Civ. 1019 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 2, 2024, Plaintiff moved for reconsideration or, alternatively, for certification of appeal. ECF Nos. 31–32. Accordingly:

1. By **April 17, 2024**, Defendants shall file their opposition papers; and
2. By **April 24, 2024**, Plaintiff shall file his reply, if any.

SO ORDERED.

Dated: April 3, 2024
        New York, New York

                                                       ANALISA TORRES
                                               United States District Judge