USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/18/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSHUA SILVER, on behalf of himself and other individuals similarly situated,

              Plaintiff,

vs.

NISSAN-INFINITI LT LLC; AND NISSAN MOTOR ACCEPTANCE COMPANY LLC,

              Defendants.

Case No. 1:23-cv-01019

HON. ANALISA TORRES

Mag. Judge Jennifer Willis

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED under Rule 41 of the Federal Rules of Civil Procedure, by and between the undersigned counsel of record for the parties to this action, that the above-captioned matter shall be and hereby is dismissed with prejudice as to the individual claims of Plaintiff and without prejudice as to any claims of the proposed class and without costs to any party as against another.

June 17, 2025

**Freedman Normand Friedland LLP**

By: /s/ Devin (Velvel) Freedman w/ permission
    Devin (Velvel) Freedman, Esq.
    Ivy T. Ngo (pro hac vice admitted)
    One SE 3rd Avenue, Suite 1240
    Miami, FL 33131
    (305) 753-3675
    vel@fnf.law
    ingo@fnf.law

Counsel for Plaintiff Joshua Silver

June 17, 2025

**McShane & Bowie, P.L.C.**

By: /s/ James R. Bruinsma
    James R. Bruinsma
    99 Monroe Avenue NW, Suite 1100
    Grand Rapids, MI 49503
    616) 732-5000
    jrb@msblaw.com

Counsel for Defendants Nissan-Infiniti LT LLC and Nissan Motor Acceptance Company LLC (f/k/a Nissan Motor Acceptance Corp.)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| JOSHUA SILVER, on behalf of himself and other individuals similarly situated,<br><br>            Plaintiff,<br>vs.<br><br>NISSAN-INFINITI LT LLC; AND NISSAN MOTOR ACCEPTANCE COMPANY LLC,<br><br>            Defendants. | Case No. 1:23-cv-01019<br><br>HON. ANALISA TORRES<br><br>Mag. Judge Jennifer Willis<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

---

    Based upon the parties' Stipulation of Dismissal submitted under Rule 41 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that the above-captioned action is DISMISSED WITH PREJUDICE as to the individual claims of Plaintiff and without prejudice as to any claims of the proposed class, with each party to bear its or their own fees, expenses, and costs.

    IT IS SO ORDERED. This Order disposes of all claims and closes the case.

Dated: June 18, 2025
       New York, New York

                                                    ANALISA TORRES
                                           United States District Judge